FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2008
CENTRAL DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIBEL JUAN DE DIOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL REALITY & INVESTMENTS,<br><br>　　　　Defendant. | CV 07-5242 GPS (RCx)<br><br>Consolidated Cases:<br><br>CV 07-5247 GPS (RCx)<br>CV 07-5250 GPS (Rcx)<br>CV 07-5245 GPS (Rcx)<br>CV 07-5258 GPS (Rcx) ✓<br>CV 07-5381 GPS (Rcx)<br>CV 07-5312 GPS (Rcx)<br>CV 07-5313 GPS (Rcx)<br>CV 07-5375 GPS (RCx)<br><br>**JUDGMENT** |

　　In light of this Court's grant of summary judgment for Defendant, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and judgment is hereby entered for Defendant on all claims for relief. Defendant may recover its costs.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2008.

　　　　　　　　　　　　　　　　　　／s／ George P. Schiavelli
　　　　　　　　　　　　　　　　　　GEORGE P. SCHIAVELLI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE